**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MONTAVEEN TAYLOR,<br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:25-cv-02591-SHL-cgc |

**ORDER MODIFYING THE DOCKET; DIRECTING MOVANT TO NOTIFY THE CLERK IN WRITING OF MOVANT'S CURRENT ADDRESS; AND DIRECTING THE UNITED STATES TO RESPOND**

On June 10, 2025, Movant Montaveen Taylor, a Federal Bureau of Prisons ("BOP") inmate confined at the FCI Yazoo City Medium ("FCI-Yazoo City") in Yazoo City, Mississippi under inmate register number 05394510, filed a pro se Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255. (ECF No. 2.) The Clerk of Court is **DIRECTED** to modify the docket to update Movant's address as:

FCI-Yazoo City
2225 Haley Barbour Parkway
Yazoo City, Mississippi 39194

The Movant is **DIRECTED** to notify the Clerk of Court **IN WRITING** within **TEN (10) DAYS** of the date of this Order of Movant's current address. Movant's failure to abide by the requirements of this Order may result in the dismissal of this suit for failure to prosecute, without further notice from the Court.[1]

[1] See Fed. R. Civ. P.41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it[,] . . . [which] operates as an adjudication on the merits.").

The United States is **ORDERED** to file a response to the § 2255 Motion within twenty-eight (28) days from the date of entry of this Order. See Rule 5(a) of the Rules Governing Section 2255 Proceedings ("§ 2255 Rules).

It is further **ORDERED** that attorneys John Keith Perry, Jr., Andre Thomas, and Arthur Earl Horne, III are released from their attorney-client privilege obligations to the extent necessary for the United States to respond adequately to the § 2255 Motion. All other matters shall remain privileged. Pursuant to Rule 5(d), Movant may, if he chooses, submit a reply to Respondent's answer or response within twenty-eight (28) days of service.

**IT IS SO ORDERED** this 8th day of October, 2026.

s/Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE